✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

STEPHEN ARTHUR,
      Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
      Defendant

**ORDER ON APPLICATION**
**TO PROCEED WITHOUT**
**PREPAYMENT OF FEES**

CASE      1:11-AT-00031

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this    24th    day of    January    ,    2011    .

_____
/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer