BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone:  (415) 977-8936
      Facsimile:  (415) 744-0134
      E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| STEPHEN ARTHUR,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | Case No. 1:11-cv-00134-AWI-SMS<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension due to his workload, which includes other district court litigation, as well as other substantive non-litigation matters.  The current due date is October 17, 2011.  The new due date will be November 16, 2011.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

Dated: October 13, 2011              /s/ *Sengthiene Bosavanh*
                                                (As authorized via email)
                                                Sengthiene Bosavanh
                                                Attorney for Plaintiff

Dated: October 13, 2011              BENJAMIN B. WAGNER
                                                United States Attorney

                                  By:     /s/ *David W. Lerch*
                                                DAVID W. LERCH
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

                                                          <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  <u>October 13, 2011</u>            <u>/s/ Sandra M. Snyder</u>
                                              UNITED STATES MAGISTRATE JUDGE